# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148438

THOMAS TOMKIEWICZ,
        Plaintiff-Appellee,

v

DR. MARK HALBOTH, d/b/a DR. MARK
HALBOTH, D.D.S., P.C., and SHARLA
HALBOTH,
        Defendants-Appellants.

SC: 148438
COA: 316603
Wayne CC: 13-000485-AV

_____/

On order of the Court, the application for leave to appeal the November 27, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014

Clerk

d0421